Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel:  626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
G & G Closed Circuit Events, LLC

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF California**

| G & G Closed Circuit Events, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>Carl Schubert, et al.,<br><br>Defendants. | CASE NO. 2:10-cv-0088 FCD JFM<br><br>**STIPULATION AND ORDER OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANT CARL SCHUBERT,** individually and d/b/a BOXING DONKEY; and BD ONE, LLC, an unknown business entity d/b/a BOXING DONKEY |
|---|---|

**IT IS HEREBY STIPULATED** by and between Plaintiff G & G CLOSED CIRCUIT EVENTS, LLC and Defendants CARL SCHUBERT, individually and d/b/a BOXING DONKEY, and BD ONE, LLC, an unknown business entity d/b/a BOXING DONKEY that the above-entitled action is hereby dismissed **with prejudice** against CARL SCHUBERT, individually and d/b/a BOXING DONKEY; and BD ONE, LLC, an unknown business entity d/b/a BOXING DONKEY.

///

///

///

///

**STIPULATION OF DISMISSAL**
**PAGE 1**

This dismissal is made pursuant to Federal Rules of Civil Procedure 41(a)(1). Each Party referenced-above shall bear its own attorneys' fees and costs.

Dated: July 30, 2010　　　　*s/ Thomas P. Riley*
**LAW OFFICES OF THOMAS P. RILEY, P.C.**
By:  Thomas P. Riley
Attorneys for Plaintiff
G & G CLOSED CIRCUIT EVENTS, LLC

Dated: August 5, 2010　　　　*s/ Steven Benjamin*
**BENJAMIN LAW OFFICES**
By:  Steven Benjamin, Esquire
Attorneys for Defendants
CARL SCHUBERT, individually and d/b/a BOXING DONKEY, and
BD ONE, LLC, an unknown business entity d/b/a BOXING DONKEY

**IT IS SO ORDERED**.

Dated:  August 9, 2010

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE